UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT C. LUCAS,<br><br>          Plaintiff,<br><br>   v.<br><br>DIRECTOR OF THE DEPARTMENT OF CORRECTIONS,<br><br>          Defendants. | No. 2:14-cv-0590 DAD P<br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity either to submit the appropriate affidavit and certified trust account statement in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit and certified trust account statement in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court or the appropriate filing fee. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

////

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: June 18, 2014

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

hm
luca0590.3a