UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT C. LUCAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DIRECTOR OF THE DEPARTMENT OF CORRECTIONS,<br><br>　　　　Defendant. | No.  2:14-cv-0590 DAD P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  On June 19, 2014, plaintiff was directed to pay the filing fee or submit an appropriate application to proceed in forma pauperis.  Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed his request on the form used by this court.  Furthermore, the copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint is not certified.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit the completed application and the certified copy in support of his application to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, (1) a certified copy of his prison trust account statement for the six month period immediately preceding the filing of

1

the complaint and (2) a complete application to proceed in forma pauperis on the form provided by the Clerk of the Court . Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

    2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: September 18, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

hm
luca0590.3e

2